1  Joshua B. Swigart, Esq. (SBN: 225557)
   josh@westcoastlitigation.com
2  Robert L. Hyde, Esq. (SBN: 227183)
   bob@westcoastlitigation.com
3  **HYDE & SWIGART**
   411 Camino Del Rio South, Suite 301
4  San Diego, CA 92108-3551
   Telephone: (619) 233-7770
5  Facsimile:  (619) 297-1022

6  Attorneys for Plaintiff
   Chocalee Mathieu

7
8          UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOCALEE MATHIEU, | Case No.: C 07 5479 MJJ |
| Plaintiff, | **PROOF OF SUMMONS** |
| v. | |
| CALVARY PORTFOLIO SERVICES, LLC AND SPRINT PCS, | |
| Defendant. | |

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA



v.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C 07 5479 MJJ**

TO: (Name and address of defendant)



**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)



an answer to the complaint which is herewith served upon you, within ▓▓▓ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

ANNA SPRINKLES

DATE

JOSHUA B. SWIGART, ESQ. (SBN 225557)
HYDE & SWIGART
41† CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO CA 92108
619-233-7770
Attorney for: PLAINTIFF

Ref. No.      : 0303181-01
Atty. File No. : C 07-05479 MJJ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : CHOCALEE MATHIEU | Case No.: 07-05479 MJJ |
| DEFENDANT | : CALVARY PORTFOLIO SERVICES, et. al. | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; SEE ATTACHED LIST FOR DOCUMENTS

3. a. Party served    : CALVARY PORTFOLIO SERVICES, LLC
   b. Person served  : CRYSTAL SMITH, AUTHORIZED AGENT
                      (CAUC/F/30-40YRS/5'4"-8"/131-160LBS/BLK)

4. Address where the party was served  7 SKYLINE DRIVE
                                        HAWTHORNE, NY 10532    (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on November 14, 2007  (2) at: 04:18 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:    CALVARY PORTFOLIO SERVICES, LLC
      under [xx] Other    Limited Liability Company

7. **Person who served papers**
   a. ROBERT CRANDALL
   b. KNOX ATTORNEY SERVICE, INC.
      2250 Fourth Avenue
      San Diego, California 92101
   c. 619-233-9700
   d. Fee for service: $149.50
   e. I am:
      (3) a registered California process server
         (i) an independent contractor
         (ii) Registration No.: 152
         (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 28, 2007            Signature:  SEE ATTACHED NOTARIZED AFFIDAVIT
                                               ROBERT CRANDALL

Jud. Coun. form, rule 982.9              **PROOF OF SERVICE**
JC Form POS 010 (Rev. January 1, 2007)

INDEX #: C 07 5479
Date Filed: _____
Court Date: _____

**UNITED STATES DISTRICT COURT**
**COUNTY OF**
**DISTRICT:** NORTHERN DISTRICT OF CALIFORNIA

Attorneys: MANNY ROSITAS KNOX ATTORNEY SERVICE   PH: 619-685-4210
Address: 2250 FOURTH AVENUE  SAN DIEGO  CA  92101   File No.:

*CHOCALEE MATHIEU*

*vs*

*CALVARY PORTFOLIO SERVICES LLC, ET ANO*

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

___Robert Crandall___, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On __November 14, 2007__ at __4:18PM__, at __7 SKYLINE DRIVE, 3RD FLR, HAWTHORNE, NY 10532__, deponent served the within __SUMMONS, CIVIL COVER SHEET, COMPLAINT FOR DAMAGES__

on: __CALVARY PORTFOLIO SERVICES LLC__, __Defendant__ therein named.

**#1 INDIVIDUAL** [ ]   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 LLC** [X]   By delivering thereat a true copy of each to __CRYSTAL "SMITH"__ personally, deponent knew the person so served to be the __AGENT AUTHORIZED__ of the LLC, and authorized to accept service on behalf of the LLC.

**#3 SUITABLE AGE PERSON** [ ]   By delivering a true copy of each to _____ _____ a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ]   By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business   [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by _____

**#5 MAIL COPY** [ ]   On _____, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York [ ] and Certified Mail # _____

**#6 DESCRIPTION** [X] (use with #1, 2 or 3)   A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: __Female__   Color of skin: __White__   Color of hair: __Black__   Age: __30 - 40 Yrs.__   Height: __5' 4" - 5' 8"__
Weight: __131 - 160 Lbs.__   Other Features: _____

**#7 WIT. FEES** [ ]   the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARY SRVC** [ ]   Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 USE IN NYC CIVIL COURT** [ ]   The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

**#10 OTHER** [ ]

Sworn to before me on __November 15, 2007__

WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2010

Robert Crandall
Server's Lic # 0955171
Invoice/Work Order # 07029984

SPS-401 B'WAY-STE.1201, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 *WWW.SAV-ONPROCESS.COM*

DOCUMENTS TO BE SERVED

SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER; STANDING ORDER FOR CASES INVOLVING SEALED OR CONFIDENTIAL DOCUMENTS; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ECF REGISTRATION INFORMATION HANDOUT; U.S. DISTRICT COURT, SAN FRANCISCO; DROP BOX FILING PROCEDURES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS