Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**HYDE & SWIGART**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Attorneys for Plaintiff
Chocalee Mathieu

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOCALEE MATHIEU,<br><br>                        Plaintiff,<br><br>v.<br><br>CALVARY PORTFOLIO SERVICES, LLC AND SPRINT PCS,<br><br>                        Defendant. | Case No.: C 07 5479 MJJ<br><br>**PROOF OF SUMMONS** |

# United States District Court 
## NORTHERN DISTRICT OF CALIFORNIA



**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C 07 5479 MJJ**

TO: (Name and address of defendant)



**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)



an answer to the complaint which is herewith served upon you, within ▓▓ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

ANNA SPRINKLES

DATE ▓▓▓▓

JOSHUA B. SWIGART, ESQ. (SBN 225557)
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO CA 92108
619-233-7770                Ref. No.      : 0303181-03
Attorney for : PLAINTIFF    Atty. File No. : C 07-05479 MJJ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF  | : CHOCALEE MATHIEU | Case No.: 07-05479 MJJ |
| DEFENDANT | : CALVARY PORTFOLIO SERVICES, et. al. | **PROOF OF SERVICE** |

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; SEE ATTACHED LIST FOR DOCUMENTS

3.  a. Party served      : SPRINT PCS
    b. Person served    : URSULA PATTERSON
                          (AUTHORIZED AGENT FOR SERVICE)

4.  Address where the party was served 2001 EDMUND HALLEY DRIVE
                                       RESTON, VA 20191    (Business)

5.  I served the party
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on November 20, 2007  (2) at: 03:25 PM

6.  The "Notice to the person served" (on the summons) was completed as follows:
    c. on behalf of:     SPRINT PCS
       under [xx] CCP 416.10  (corporation)

7.  **Person who served papers**
    a. SHIRLEY MOORE                                d. Fee for service: $159.50
    b. KNOX ATTORNEY SERVICE, INC.                  e. I am:
       2250 Fourth Avenue                              (3) a registered California process server
       San Diego, California 92101                         (i) an independent contractor
    c. 619-233-9700                                        (ii) Registration No.: 152
                                                           (iii) County: San Diego

8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 27, 2007            Signature: <u>SEE ATTACHED NOTARIZED AFFIDAVIT</u>
                                              SHIRLEY MOORE

Jud. Coun. form, rule 982.9                    **PROOF OF SERVICE**
JC Form POS 010 (Rev. January 1, 2007)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

CHOCALEE MATHIEU
    Plaintiff

vs

CALVARY PORTFOLIO SERVICES, et al
    Defendant

Case No. 07-05479 MJJ

## AFFIDAVIT OF SERVICE

STATE OF VIRGINIA
COUNTY OF LOUDOUN, to wit:

This day Shirley Moore personally appeared before the undersigned Notary Public in and for the County and State aforesaid, and, having been first duly sworn according to law, states as follows: that she is not a party to, or otherwise interested in, the subject matter in controversy in the within cause, that she is over the age of 18 years; that on the 20th day of November, 2007 at 1525 hours, she personally served Ursula Patterson, authorized to accept for Sprint PCS at 2001 Edmund Halley Dr., Reston, VA with summons in a civil case; complaint; civil cover sheet; complaint for damages; order setting initial case management conference & ADR deadlines; standing order; standing order for cases involving sealed or confidential documents; notice of lawsuit and request for waiver of service of summons; waiver of service of summons; contents of joint case management statement; ECF registration information handout; drop box filing procedures; notice of availability of magistrate judge to exercise jurisdiction;

                                                  Shirley Moore
                                                PO Box 3184
                                                Oakton, VA 22124
                                                703-327-5418
                                                Affiant/Private Process Server

Subscribed and sworn to before me in my county and state aforesaid, this 20th day of Nov , 2007.

                                                  Notary Public

JOHN E. NENNA
NOTARY ID # 152502
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES SEPTEMBER 30, 2008