Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**HYDE & SWIGART**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile:  (619) 297-1022

Attorneys for Plaintiff
Chocalee Mathieu

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOCALEE MATHIEU,<br><br>                Plaintiff,<br><br>v.<br><br>CALVARY PORTFOLIO SERVICES, LLC AND SPRINT PCS,<br><br>                Defendant. | Case No.: C 07 5479 MJJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that pursuant to Fed. R. Civ. Pro 41(a), Plaintiff voluntarily dismisses the above-captioned action against Defendants CALVARY PORTFOLIO SERVICES, LLC. AND SPRINT PCS, with prejudice on the merits.

Dated:  January 16, 2008                     Respectfully submitted,

                                                 **HYDE & SWIGART**

                                                 /S/ JOSHUA B. SWIGART
                                               Joshua B. Swigart, Esq.
                                               Attorneys for Plaintiff